IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RADOSLAV DIMITRIC § | |
| § | |
| VS. § | CIVIL ACTION NO. G-07-247 |
| § | |
| TEXAS WORKFORCE COMMISSION, § | |
| TEXAS A&M UNIVERSITY-GALVESTON, § | |
| ET AL. § | |

### ORDER

On May 25, 2008, defense counsel submitted an Advisory to the Court. In the Advisory, defense counsel informs the Court that Plaintiff, without his knowledge or consent, contacted Dr. Bowen Loftin, the Vice President and CEO of TAMUG, via email and demanded that the University return computer equipment and books to Plaintiff. (Docket Entry ("Doc.") No. 87). It is undisputed that defense counsel represents the University and, as such, Plaintiff should have directed his request to defense counsel or requested consent from counsel before sending the communication to the representative of the University. For future reference, the Court **ADMONISHES** Plaintiff to refrain from further improper communication.

**IT IS SO ORDERED**.

**DONE** at Galveston, Texas, this 2d day of July, 2008.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE