IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RADOSLAV DIMITRIC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. G-07-0247 |
| TEXAS WORKFORCE COMMISSION, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on August 14, 2008; the plaintiff's objections; the pleadings, motions, and record; and the applicable law. This court has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on that review, this court concludes that the objections filed by the plaintiff are without merit and are overruled. This court adopts the Magistrate Judge's Report and Recommendation as this court's Memorandum and Order, granting the defendants' motion for partial summary judgment (Docket Entry No. 57) and denying the plaintiff's motion (Docket Entry No. 49, 66). The plaintiff's motion to dismiss the defendants' motion for partial summary judgment (Docket Entry No. 64), filed with his response to that motion, is denied.

SIGNED on September 22, 2008, at Houston, Texas.

`

_____
Lee H. Rosenthal
United States District Judge