IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RADOSLAV DIMITRIC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-247 |
| | § | |
| TEXAS WORKFORCE COMMISSION, | § | |
| *et al.*, | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the orders entered in this case, including the Order entered this date, all claims asserted by the plaintiff, Radoslav Dimitric, in this civil action are dismissed, with prejudice.

Radoslav Dimitric is to pay costs of court.

This is a final judgment.

SIGNED on March 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge