### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| RADOSLAV DIMITRIC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0247 |
| | § | |
| TEXAS WORKFORCE COMMISSION, | § | |
| *et al.*, | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Radoslav Dimitric, has filed a notice of appeal in this case. On June 4, 2009, Dimitric filed a "Motion for Copies of Records." (Docket Entry No. 174). He asks this court to "supply the Appellate Court with complete copies of the complete records of the following lawsuits: 3:07CV247, 3:06CV107, 3:06CV108 ([filed] in this Federal Court), and 06CV0439 ([filed] in 405th District Court of Galveston County, Texas) for purposes of this appeal." (Docket Entry No. 174). Dimitric also asks the court to provide him with electronic copies of all these same records.

Although Dimitric refers to other civil actions he has filed, but the only records relevant to this appeal are those in Civil Action No. 3:07-CV-247. The docket sheet shows that on June 2, 2009, the Clerk's Office sent the Fifth Circuit Court of Appeals a copy of the certified electronic record on appeal in this action. Dimitric's request that the court supply the appellate court with a copy of the record in this case is moot.

Dimitric also asks that this court send him a copy of the complete records in all the cases he has filed. The request is denied. First, Dimitric asks for copies of the record in cases other than this civil action. Second, Dimitric has failed to make the necessary showing to receive copies at government expense. *See* 28 U.S.C. §1915(a).

Accordingly, Dimitric's motion for a copy of court records to be sent to the court of appeals in this action is denied as moot; Dimitric's request that complete copies of all the records in other cases he has filed be sent to the court of appeals is denied; and Dimitric's request for free copies of the complete records in all the cases is denied. (Docket Entry No. 174).

SIGNED on June 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge